UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER GOLDSTEIN,

                      Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC. and CREDIT ONE BANK,

                      Defendants.

Case No. 1:23-cv-10342 (JLR)

**ORDER OF PARTIAL DISMISSAL**

JENNIFER L. ROCHON, United States District Judge:

      The Court having been advised at ECF No. 15 that all claims asserted by Esther Goldstein ("Goldstein") against Credit One Bank ("Credit One") have been settled in principle, it is ORDERED that Goldstein's claims as to Credit One be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action as to those claims **within sixty (60) days** of the date of this Order if the settlement is not consummated. This order has no effect on Goldstein's claims as to Experian Information Solutions, Inc. ("Experian"), which remain ongoing. *See* ECF No. 14.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

      If Goldstein and Credit One wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions pertaining to Goldstein's claims against Credit One are moot. All conferences pertaining to Goldstein's claims against Credit One are canceled. The Clerk of Court is respectfully directed to change the caption to reflect only Goldstein's claims against Experian.

Dated: January 30, 2024
       New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge