UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER GOLDSTEIN,

                Plaintiff,

       -against-

EXPERIAN INFORMATION SOLUTIONS, INC.,

                Defendant.

Case No. 1:23-cv-10342 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On **June 27, 2024**, at **10:30 a.m.**, Esther Goldstein, Yaakov Saks, Tamir Saland, and counsel for Defendant must appear for a conference to discuss the letters submitted at ECF Nos. 31 and 34.  The conference will be held in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  June 21, 2024
      New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge