# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Kaytlan Anderson
Direct Number: (212) 326-3939
Kanderson@jonesday.com

June 23, 2024

BY ECF

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The conference is adjourned until **June 28, 2024**, at **11:00 a.m.** The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 38 and 39.
>
> Dated: June 24, 2024
> New York, New York
>
> **SO ORDERED.**
>
> _Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Goldstein v. Experian Information Solutions, Inc., et. al*,
      Case No. 1:23-cv-10342 (S.D.N.Y.)

Dear Judge Rochon:

Defendant Experian Information Solutions, Inc. ("Experian") writes to the Court in response to the request from Plaintiff's counsel to adjourn the upcoming conference set for June 27, 2024, because plaintiff's counsel will be unavailable on June 26-27, 2024. ECF No. 38. Experian does not oppose this request for an adjournment. I write to inform the Court that I will be out of the country for the first two and a half weeks of July for both professional and personal reasons. I understand and appreciate that in accordance with your Individual Practice Rule 2(c), this Court encourages the participation of junior attorneys in conferences and proceedings. For that reason, as a second year associate at my firm, I respectfully propose that the conference be adjourned to another day this week (June 24-25 or 28, 2024), if amenable to the Court, so that I may have the opportunity to participate. Senior outside counsel for Experian, Kerianne Tobitsch, also will be appearing on Experian's behalf at any date chosen by the Court to reschedule the conference.

I appreciate the Court's consideration on this request.

Respectfully submitted,

*/s/ Kaytlan M. Anderson*

Kaytlan M. Anderson

cc:   All counsel of record (by ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON