

YAAKOV SAKS▲\*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
TAMIR SALAND▪
HASAN SIDDIQUI▲
RAMI SALIM▲▪

▲ NJBar Admissions
▪ NY Bar Admission
\*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

June 26, 2024

**Via CM/ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York, 10007

The conference will now be held remotely on **June 28, 2024**, at **11:00 a.m.** All participants shall submit an appearance sheet pursuant to the Court's Individual Rule 2(B) by **June 27, 2024**, at **5:00 p.m.** and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

SO ORDERED.

Dated:  June 27, 2024
        New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Re:   **Esther Goldstein v. Experian Information Solutions, Inc.**
      **Case #: 1:23-cv-10342-JLR**

Dear Judge Rochon:

Stein Saks PLLC ("Stein Saks") represents the above-captioned plaintiff Esther Goldstein ("Plaintiff") and writes to request an adjournment of the conference currently set for June 28, 2024 at 11:00 am.

Ms. Goldstein underwent a medical procedure earlier this week and is unable to attend the conference in person currently set for June 28, 2024. I also note that I Yaakov Saks will be unavailable in person on June 28 due to a previously scheduled family vacation. Additionally Ms. Goldstein will be traveling on a previously planned vacation from July 8-22. Plaintiff has offered to make herself available to the Court via videoconference if the Court wishes for the conference to occur prior to her return from vacation on July 22. If the Court has any questions or requires anything further, please advise.

Respectfully submitted,

*s/ Yaakov Saks*
Yaakov Saks, Esq.



YAAKOV SAKS▲*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
TAMIR SALAND▪
HASAN SIDDIQUI▲
RAMI SALIM▲▪

▲ NJBar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com